CITIES SERVICE GAS CO. *v.* STATE CORPORA-
TION COMMISSION OF KANSAS ET AL.

No. 85. Argued January 13–14, 1958.—Decided January 20, 1958.

*Joe Rolston* argued the cause for appellant. With him
on the brief were *Conrad C. Mount, O. R. Stites* and
*Mark H. Adams.*

*Solicitor General Rankin* argued the cause for the
Federal Power Commission, as *amicus curiae,* urging
reversal. With him on the brief were *Assistant Attorney
General Doub, Paul A. Sweeney, Robert S. Green, Wil-
lard W. Gatchell* and *Howard E. Wahrenbrock.*

*Dale M. Stucky* and *Frank G. Theis* argued the cause
for appellees. With them on the brief was *Clyde
Milligan.*

A joint brief of *amici curiae* urging affirmance was filed
for the States of Arkansas, by *Bruce Bennett,* Attorney
General; Colorado, by *Duke W. Dunbar,* Attorney Gen-
eral; Kansas, by *John Anderson,* Attorney General;
Louisiana, by *Jack P. F. Gremillion,* Attorney General,
and *Bailey Walsh,* Special Assistant Attorney General;
Mississippi, by *Joe T. Patterson,* Attorney General;
Nebraska, by *C. S. Beck,* Attorney General; New Mexico,
by *Fred M. Standley,* Attorney General; North Dakota,
by *Leslie R. Burgum,* Attorney General; Oklahoma, by
*Mac Q. Williamson,* Attorney General; Texas, by *Will
Wilson,* Attorney General, and *James N. Ludlum,* First
Assistant Attorney General; Utah, by *E. R. Callister,*
Attorney General; and Wyoming, by *Thomas O. Miller,*
Attorney General. *Latham Castle,* Attorney General of

Illinois, and *William C. Wines,* Assistant Attorney General, filed a statement adopting the brief filed by the various State Attorneys General as *amici curiae.*

PER CURIAM.

The judgment is reversed. *Phillips Petroleum Co.* v. *Wisconsin,* 347 U. S. 672; *Natural Gas Pipeline Co.* v. *Panoma Corporation,* 349 U. S. 44.